PROB 12
(Rev. 3/88)

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 3 1 2005

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Norris Harris                         Docket No. 1:05-CR-350-01-TWT

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Norris Harris who was placed on supervision for the offense of Conspiracy to Commit Identification Document Fraud and Bank Fraud, in violation of 18 U.S.C. §371, by the Honorable Glen H. Davidson, sitting in the Court at Oxford, Mississippi, on the 24th day of January, 2002, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall pay restitution of $2,200. The defendant shall pay any restitution that is imposed by this judgement and that remains unpaid at the commencement of the term of supervised release. (On May 6, 2005, the Court established restitution payments of $100 monthly).

2. The defendant shall provide the probation officer with access to any requested financial information.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

4. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. On April 25, 2005, June 16, 2005, July 14, 2005, July 18, 2005, August 5, 2005, and August 18, 2005, the defendant possessed illegal drugs in that urine specimens collected from him those dates tested positive for cocaine.

2. The defendant failed to submit to drug testing pursuant to the code-a-phone system as directed on July 5, 2005, July 7, 2005, July 21, 2005, July 30, 2005, and August 13, 2005.

3. On July 29, 2005, the defendant committed the instant offense of Driving on Suspended License in Marietta, Cobb County, Georgia.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Norris Harris and that Norris Harris be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

## ORDER OF COURT

Considered and ordered this ___26___ day of

August, 2005, and ordered filed and made a part of the

records in the above case.

___*Thomas W. Thrash*___
Honorable Thomas W. Thrash, Jr.
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

___*N. Keith Scott*___
N. Keith Scott
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:   August 23, 2005

___*Leigh A. Knight*___
Leigh A. Knight
Supervising U. S. Probation Officer